377 A.2d 992

Commonwealth ex rel. Sumerford, Appellant, v. Mignone.

Argued June 17, 1977. Eleanor F. Itskowitz, with her Michael J. Pepe, Jr., for appellant; James J. Phelan, Jr., for appellee.

Orders affirmed.

377 A.2d 993

Commonwealth ex rel. Walter v. Walter, Appellant.

Argued June 13, 1977. Peter N. Harrison, with him Harrison & Perlman, for appellant; Armin J. R. Frost, for appellee.

Order affirmed.

PRICE, J., did not participate in the consideration or decision of this case.